

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2014

No. 04-14-00133-CV

**IN THE INTEREST OF N.P., JR**., et al., Children,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02931
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was due to be filed in this appeal no later than February 28, 2014. The reporter's record has not been filed. It is therefore ORDERED that the reporter's record must be filed in this appeal no later than ten days from the date of this order. TEX. R. APP. P. 35.3(a). **FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED.**

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court